# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN SKYLAR,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | Case No. 19cv1581-MMA (NLS)<br><br>**ORDER GRANTING JOINT MOTION AND REMANDING ACTION TO THE SOCIAL SECURITY ADMINISTRATION FOR FURTHER PROCEEDINGS**<br><br>[Doc. No. 20] |

On August 22, 2019, Plaintiff Helen Skylar filed a complaint against the Commissioner of Social Security, seeking judicial review of the Commissioner's decision denying her application for disability benefits. *See* Doc. No. 1. The parties now jointly move to remand this action to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). *See* Doc. No. 20. Upon due consideration, the Court **GRANTS** the parties' joint motion and **REMANDS** this action to the Social Security Administration for further administrative proceedings consistent with the terms set forth in the parties' joint motion. The Court **DIRECTS** the Clerk of Court to terminate all pending motions, deadlines, and/or hearings, and close the case.

**IT IS SO ORDERED**.

DATE: February 26, 2020

_/s/ Michael M. Anello_
HON. MICHAEL M. ANELLO
United States District Judge