**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HELEN SKYLAR,<br><br>                              Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>                              Defendant. | Case No. 19cv1581-MMA (NLS)<br><br>**ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**<br><br>[Doc. No. 22] |

On August 22, 2019, Plaintiff Helen Skylar filed a complaint against the Commissioner of Social Security, seeking judicial review of the Commissioner's decision denying her application for disability benefits. *See* Doc. No. 1.  The parties jointly moved to remand the action to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  *See* Doc. No. 20.  The Court granted the motion and remanded the action to the Social Security Administration for further administrative proceedings consistent with the terms set forth in the parties' joint motion.  *See* Doc. No. 21.  The parties now stipulate to and jointly move for an award to Plaintiff

of attorney's fees in the amount of $2,514.25 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), and costs in the amount of $400.00 pursuant to 28 U.S.C. § 1920.  *See* Doc. No. 22.

The EAJA allows a prevailing party to seek attorney's fees from the United States within thirty days of final judgment.  *See* 28 U.S.C. § 2412(d).  "A plaintiff who obtains a sentence four remand is considered a prevailing party for purposes of attorneys' fees."  *Akopyan v. Barnhart*, 296 F.3d 852, 854 (9th Cir. 2002).  Therefore, Plaintiff is the prevailing party in this action for purposes of awarding attorney's fees.  "A sentence four remand becomes a final judgment, for purposes of attorneys' fees claims brought pursuant to the EAJA, 28 U.S.C. § 2412(d), upon expiration of the time for appeal."  *Id*.  Federal Rule of Appellate Procedure 4(a)(1)(B) provides for a sixty-day appeal period in cases in which the United States is a party or a United States officer or employee is sued in an official capacity.  As such, there is a "final judgment" and the parties' joint motion is timely.  *See Hoa Hong Van v. Barnhart*, 483 F.3d 600, 608 (9th Cir. 2007) (holding that "a successful disability applicant may file for attorneys' fees 30 days after the 60–day appeal period provided for in Rule 4(a) has run, regardless of the specific form of the court's judgment, or the particular nature of the government's non-opposition to or acquiescence in an award of benefits.").

The amount of fees awarded are based upon prevailing market rates for the kind and quality of the services provided.  *See* 28 U.S.C. § 2412(d)(2)(A).  The hourly rate may not exceed $125 per hour "unless the court determines that an increase in the cost of living or a special factor, such as the limited availability of qualified attorneys for the proceedings involved, justifies a higher fee."  28 U.S.C. § 2412(d)(2)(A)(ii).  The Ninth Circuit's 2019 statutory maximum hourly rate under the EAJA, adjusted for increases in the cost of living, was $205.25.  *See* "Statutory Maximum Rates Under the Equal Access to Justice Act," https://www.ca9.uscourts.gov/content/view.php?pk_id=0000000039 (last accessed 4/27/2020) (citing 28 U.S.C. § 2412 (d)(2)(A); *Thangaraja v. Gonzales*, 428 F.3d 870, 876-77 (9th Cir. 2005); Ninth Circuit Rule 39-1.6).

At an hourly rate of $205.25, the requested fee award represents compensation for approximately 12.25 hours of work performed by Plaintiff's counsel.  The Court finds the fee request reasonable, particularly in light of the fact that counsel prepared and filed a motion for summary judgment prior to the government stipulating to remand the action to the Commissioner for further administrative proceedings.  *See* Doc. Nos. 16, 20.

Accordingly, the Court **GRANTS** the parties' joint motion and **AWARDS** Plaintiff attorney's fees in the amount of **$2,514.25** and costs in the amount of **$400.00**.

**IT IS SO ORDERED**.

DATE: April 28, 2020

HON. MICHAEL M. ANELLO
United States District Judge